# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**LARRY LEWIS**                          **PLAINTIFF**

v.                          **CAUSE NO. 1:18CV363-LG-RHW**

**JOHN DOE I; et al.**                          **DEFENDANTS**

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Court's Order entered herewith dismissing without prejudice Plaintiff Larry Lewis's claims against all defendants,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the defendants. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 12th day of February, 2020.

                                       s/ *Louis Guirola, Jr.*
                                       LOUIS GUIROLA, JR.
                                       UNITED STATES DISTRICT JUDGE